# EXHIBIT B


| # | Personal Representative |  |  |  | 9/11 Decedent |  |  |  |  |  |  | Claim Information |  |  | Pain & Suffering Damages |  |  | Economic Damages |  |  |  |  | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |  |
| 1 | Jeba |  | Ahmed |  | Shabbir |  | Ahmed |  | US | 9/11/2001 | NY | 18cv05320 | 18cv05320, 7 at 8 | 4765-1 at 2; 4989 (granting 4765) | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 1. | 7/1/24 | N/A | $886,536.00 | N/A |  |
| 2 | Alexander |  | Centro |  | Alexander | Anthony | Centro | Jr. | US | 9/11/2001 | NY | 19cv11767 | 19cv11767, 5 at 2 |  | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 24. | 7/1/24 | N/A | $1,824,647.00 | N/A |  |
| 3 | RoseEllen |  | Dowdell |  | Kevin | Christopher | Dowdell |  | US | 9/11/2001 | NY | 19cv11767 | 19cv11767, 5 at 3 |  | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 47. | 7/1/24 | N/A | $3,594,094.00 | N/A |  |
| 4 | Amy |  | Eberling |  | Dean | Phillip | Eberling |  | US | 9/11/2001 | NY | 19cv11767 | 19cv11767, 5 at 4 |  | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 65. | 7/1/24 | N/A | $10,308,736.00 | N/A |  |
| 5 | Jennifer |  | Artola |  | Francis | Jude | Feely |  | US | 9/11/2001 | NY | 18cv05306 | 18cv05306, 6 at 9 | 9439 at 5; 9443 (granting 9439) | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 87. | 7/1/24 | N/A | $4,066,496.00 | N/A |  |
| 6 | Janet |  | Gambino |  | Thomas |  | Gambino | Jr. | US | 9/11/2001 | NY | 19cv11767 | 19cv11767, 5 at 5-6 |  | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 111. | 7/1/24 | N/A | $2,867,202.00 | N/A |  |
| 7 | Jamielah |  | Persol |  | DaJuan |  | Hodges |  | US | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 1 | 7406 at 3; 7430 (granting 7406) | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 129. | 7/1/24 | N/A | $703,098.00 | N/A |  |
| 8 | Kevin |  | Casey |  | Kathleen | Anne | Hunt-Casey |  | US | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 1 |  | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 152. | 7/1/24 | N/A | $2,951,323.00 | N/A |  |
| 9 | Philomena | Ann | Karczewski |  | Charles | Henry | Karczewski |  | US | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 2 |  | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 176. | 7/1/24 | N/A | $3,765,879.00 | N/A | There's a pending motion to correct at MDL ECF No. 10122, which addresses the plaintiff's name change. |
| 10 | JoAnn |  | Langone |  | Thomas |  | Langone |  | US | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 3 |  | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 199. | 7/1/24 | N/A | $4,560,096.00 | N/A |  |
| 11 | Mary | Ann | Ledee |  | Kenneth | Charles | Ledee |  | US | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 3-4 | 7406 at 3-4; 7430 (granting 7406) | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 1. | 8/1/24 | N/A | $2,479,719.00 | N/A |  |
| 12 | Lisa |  | Luckett |  | Edward | Hobbs | Luckett |  | US | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 4 |  | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 25. | 7/1/24 | N/A | $6,746,406.00 | N/A |  |
| 13 | Patrice | A. | Regan |  | Nicholas | George | Massa |  | US | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 3 |  | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 48. | 7/1/24 | N/A | $4,120,226.00 | N/A |  |
| 14 | Noah | R. | McCloskey |  | Katie | M. | McCloskey |  | US | 9/11/2001 | NY | 18cv11875 | 18cv11875, 6 at 18 | 9288 at 9; 9303 (granting 9288) | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 71. | 8/1/24 | N/A | $1,461,746.00 | N/A |  |
| 15 | Elizabeth |  | Rivas |  | Moises | Norberto | Rivas |  | US | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 5 |  | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 94. | 7/1/24 | N/A | $2,098,379.00 | N/A |  |
| 16 | Toolsiedai a/k/a Ruby |  | Seepersaud a/k/a Awan |  | Roshan | Ramesh | Singh |  | US | 9/11/2001 | NY | 20cv10460 | 20cv10460, 1 at 6 |  | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 118. | 7/1/24 | N/A | $2,214,101.00 | N/A |  |
| 17 | Tara |  | Strobert-Nolan |  | Steven | Frank | Strobert |  | US | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 7 |  | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 133. | 7/1/24 | N/A | $5,587,611.00 | N/A |  |
| 18 | Kathleen |  | Thompson |  | Brian | T. | Thompson |  | US | 9/11/2001 | NY | 18cv05331 | 18cv05331, 5 at 9 |  | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 156. | 7/1/24 | N/A | $3,217,849.00 | N/A |  |
| 19 | Alda |  | Walcott |  | Courtney | Wainsworth | Walcott |  | US | 9/11/2001 | NY | 20cv10902 | 20cv10902, 1 at 7 |  | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 179. | 7/1/24 | N/A | $2,478,577.00 | N/A |  |
| 20 | Joan |  | York |  | Raymond | Robert | York |  | US | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 8 |  | N/A | N/A | N/A | See Exhibit B-3b to Declaration of Jerry S. Goldman, Esq. at page 202. | 7/1/24 | N/A | $3,790,469.00 | N/A |  |