# DEFAULT JUGDMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

    Motion: ECF No. _____

    Memorandum of law: ECF No. _____

    Declaration & supporting exhibits: ECF No. _____

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

_____

_____

**COMPLIANCE**

    As stated in ECF No. _____ at ¶ ____, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

    As stated in ECF No. _____ at ¶ 10-14, these plaintiffs have not previously received judgments against these defendants.

    Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on ____ / ____ / _____.

**SUBJECT MATTER JURISDICTION**

    ☐ The Court previously addressed subject matter jurisdiction over these claims in ECF No. _____   *see Page 2 (Liability Judgment) (except for Fennelly)*

    ☐ The Court has not previously addressed subject matter jurisdiction over these claims. *see Page 2 (Liability Judgment) (except for Fennelly)*

**PERSONAL JURISDICTION**

    ☐ The Court previously addressed personal jurisdiction over these defendants in ECF No. _____

    ☐ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

    ☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____

    ☐ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**
For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| **Member Case & Operative Complaint** | **Notices of Amendment & Substitutions** **list entries relevant to moving plaintiffs** | **Alternative Service Order** **complete if applicable** | **Affidavit of Service** | **Certificate of Default** | **Liability Judgment** **leave blank if requesting liability judgment** |
|---|---|---|---|---|---|
| Thomas Burnett, et al. v. Islamic Republic of Iran, No. 1:15-cv-09903 (GBD)(SN), ECF No. 53 | | | ECF No. 64 | ECF No. 67 | MDL ECF No. 9733 |
| Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD)(SN), ECF No. 5 | MDL ECF No. 10805 | | ECF No. 53 | ECF No. 52 | MDL ECF No. 4598 |
| Maureen Moody-Theinert, et al. v. Islamic Republic of Iran, No. 1:18-cv-11876 (GBD)(SN), ECF No. 1 | | | MDL ECF No. 4691 | MDL ECF No. 4816 | MDL ECF No. 5055 |
| Cheryl Rivelli, et al. v. Islamic Republic of Iran, No. 1:18-cv-11878 (GBD)(SN), ECF No. 1 | | | MDL ECF No. 4692 | ECF No. 23 | MDL ECF No. 5047 |
| Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD)(SN), ECF No. 1 | MDL ECF No. 10807 | | MDL ECF No. 4686 | MDL ECF No. 4806 | MDL ECF No. 5050 |
| Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD)(SN), ECF No. 1 | MDL ECF No. 7461 (granted at 7477) | | MDL ECF No. 4694 | MDL ECF No. 4814 | MDL ECF No. 5054 |
| Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD)(SN), ECF No. 1 | | | MDL ECF No. 4693 | MDL ECF No. 4819 | MDL ECF No. 5053 |
| BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD)(SN), ECF No. 5 | | | MDL ECF No. 6899 | MDL ECF No. 6935 | MDL ECF No. 7522 |

**RELEVANT FILINGS**
For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD)(SN), ECF No. 5 | | | MDL ECF No. 6897 | MDL ECF No. 6934 | MDL ECF No. 7522 |
| August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD)(SN), ECF No. 1 | | | MDL ECF No. 6895 | MDL ECF No. 6933 | MDL ECF No. 7522 |
| Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD)(SN), ECF No. 1 | | | MDL ECF No. 6898 | MDL ECF No. 6922 | MDL ECF No. 7522 |
| Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD)(SN), ECF No. 1 | | | MDL ECF No. 8887 | MDL ECF No. 8928 | MDL ECF No. 9416 |
| Justin Strauss, et al. v. Islamic Republic of Iran, No. 1:22-cv-10823 (GBD)(SN), ECF No. 1 | | | MDL ECF No. 9234 | MDL ECF No. 9237 | MDL ECF No. 9416 |
| Celestine Kone, et al. v. Islamic Republic of Iran, No. 1:23-cv-05790 (GBD)(SN), ECF No. 10 | | | MDL ECF No. 10070 | MDL ECF No. 10119 | MDL ECF No. 10306 |
| Patricia Fennelly, et al. v. Islamic Republic of Iran, No. 1:23-cv-10824 (GBD)(SN) | | | MDL ECF No. 10781 | MDL ECF No. 10802 | |
| | | | | | |